UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION ) ) ) ) | Master File No. 2: 11-md-2226-DCR MDL Docket No. 2226 |
| *Cook v. Teva Pharm. USA, Inc., et al.*, ) ) ) ) ) | Civil Action No. 2: 11-212-DCR  **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Court's Memorandum Opinion and Order Regarding Generic Defendants' Motions to Dismiss [Record No. 1305], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendants Teva Pharmaceuticals USA, Inc. and Vintage Pharmaceuticals, LLC with respect to the issues raised herein.

(2)     This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3)     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of March, 2012.

